Mathew K. Higbee, Esq.,
SBN #24076924
mhigbee@higbeeassociates.com
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6729 facsimile
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL WHYTE III d/b/a GOSPEL LIGHT SOCIETY INTERNATIONAL and GLM OMNIMEDIA GROUP LLC; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 4:19-cv-00015-O<br><br>**NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLEMENT

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Defendants have reached a settlement in the above-referenced case. A formal settlement agreement has been

1

circulated between the parties for review and approval.

      Once finalized, an executed dismissal of the entire action will be filed with this court.

Dated: August 12, 2019                        Respectfully submitted,

                                                <u>/s/ Mathew K. Higbee, Esq.</u>
                                                Mathew K. Higbee, Esq.
                                                Texas Bar No. 24076924
                                                HIGBEE & ASSOCIATES
                                                1504 Brookhollow Dr., Ste 112
                                                Santa Ana, CA 92705-5418
                                                (714) 617-8350
                                                (714) 597-6729 facsimile
                                                *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, the undersigned, say:

    I am a citizen of the United States and I am a member of the Bar of this Court. I am over the age of 18 and not a party to the within action.

    My business address is 1504 Brookhollow Dr., Ste 112, Santa Ana, California, 92705.

    On August 12, 2019, I caused to be served the foregoing **NOTICE OF SETTLEMENT** on all parties in this action by placing a true copy thereof enclosed in a sealed envelope as follows:

Daniel Whyte III
GLM Omnimedia Group, LLC
P.O. Box 3657
Burleson, TX 76097
contact@bcnn1.com

    BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by via the *CM/ECF* system. Participants in this case who are not registered with the *CM/ECF* system will be served by first-class mail or by other means permitted by the Court.

    I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 12, 2019, at Santa Ana, California.

                                          */s/ Mathew K. Higbee*
                                          Mathew K. Higbee, Esq.
                                          *Counsel for Plaintiff*